**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **AlphaFlow Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4071480** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **564 Market St** **Suite 450** **San Francisco, CA 94104** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco** County | **Location of principal assets, if different from principal place of business** **45 N Station Plaza #400 Great Neck, NY 11021** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.alphaflow.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **AlphaFlow Inc.**                                          Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor   **AlphaFlow Inc.**                                          Case number (*if known*) _____
         Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district*?**   *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**▮ Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor   **AlphaFlow Inc.**

Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **AlphaFlow Inc.**
_____   Case number (*if known*) _____
Name

▆▆▆▆ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
  **of authorized**
  **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/08/2023
                       MM / DD / YYYY

X  _____        **Ray Sturm**
   Signature of authorized representative of debtor    Printed name

Title  **CEO**

**18. Signature of attorney**

X  _____        Date  9/8/2023
   Signature of attorney for debtor                   MM / DD / YYYY

**Frederick B. Rosner 3995**
Printed name

**The Rosner Law Group LLC**
Firm name

**824 N. Market Street**
**Suite 810**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 777-1111**     Email address  **rosner@teamrosner.com**

**3995 DE**
Bar number and State

## ACTION BY WRITTEN CONSENT OF THE MAJORITY OF
## PREFERRED STOCKHOLDERS OF ALPHAFLOW, INC.

The undersigned, being a majority of the holders of the outstanding shares of Preferred Stock of AlphaFlow, Inc., a Delaware corporation (the "Company"), hereby consent and adopt in writing the following resolutions.

**WHEREAS**, the undersigned have determined it is in the best interests of the Company to commence a chapter 7 case (the "Bankruptcy Case") by filing a voluntary petition for relief under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

**WHEREAS**, the undersigned constitute the Requisite Holders of the Company pursuant to the Restated Certificate of Incorporation (as maybe amended) and hold at least a majority of the outstanding shares of preferred Stocks (the "Preferred Majority Stockholders");

**WHEREAS**, the Restated Certificate of Incorporation requires the consent Requisite Holders in order to authorize the Company to engage in, *inter alia,* any liquidation; and

**WHEREAS**, in light of the fact that the Company ceased operations, the Preferred Majority Stockholders authorize and approve the Bankruptcy Filing of the Company.

**I.      Voluntary Petition Under the Provisions of**
**Chapter 7 of the United States Bankruptcy Code**

**RESOLVED**, that the Preferred Majority Stockholders have reviewed and hereby approve the following resolutions authorizing the filing of the Bankruptcy Case; and it is further

**RESOLVED**, that to ensure, among other things, a fair and ratable distribution of assets, it is desirable and in the best interest of the Company, its respective creditors, stakeholders and other interested parties, that the Company commence the Bankruptcy Case; and it is further

**RESOLVED,** that The Rosner Law Group LLC shall be employed as general bankruptcy counsel for the Company in the Bankruptcy Case, and in connection therewith, the Company is authorized to pay an appropriate retainer to retain the services of The Rosner Law Group LLC; and it is further

Doc ID: aa0edaa66aacfd54a8606b33a0ea4c3d50fc8c7e

**RESOLVED**, that Ray Sturm (the "Authorized Person"), with full authority to act, without others, be and hereby is, authorized and empowered on behalf of and in the name of the Company, to execute, verify and file or cause to be filed a petition under chapter 7 of the Bankruptcy Code, all schedules, lists, motions, applications, and other papers and documents necessary or desirable in connection with the Bankruptcy Case, including the Schedules of Assets and Liabilities and Statement of Financial Affairs for the Company and to testify at the 341 meeting of creditors on behalf of the Company, and to take any and all action deemed necessary, proper, or desirable in connection with the Bankruptcy Case; and it is further

**RESOLVED**, that any and all past actions heretofore taken by management of the Company, The Rosner Law Group LLC, the Authorized Person or any of their respective agents or officers in the name of and on behalf of any Company in furtherance of any or all of the preceding resolutions be and the same hereby are ratified, approved, and adopted.

Doc ID: aa0edaa66aacfd54a8606b33a0ea4c3d50fc8c7e

IN WITNESS WHEREOF, the undersigned has executed these resolutions as of this ____ 08 / 24 / 2023

day of August, 2023.

SALUDA GRADE ALTERNATIVE LENDING &
FINTECH GROWTH FUND I, LP

By: _____

Name: Ryan Craft
Title: Saluda Grade CEO

UPSIDE PARTNERSHIP

By: _____

Name:
Title:

RESOLUTE III, LP

By: _____

Name:
Title:

Doc ID: aa0edaa66aacfd54a8606b33a0ea4c3d50fc8c7e

IN WITNESS WHEREOF, the undersigned has executed these resolutions as of this <u>08 / 24 / 2023</u>

day of August, 2023.

SALUDA GRADE ALTERNATIVE LENDING &
FINTECH GROWTH FUND I, LP

By: _____
    Name:
    Title:

UPSIDE PARTNERSHIP

By:_____
    Name: Stanford K. Goldman
    Title: Managing Member

RESOLUTE III, LP

By:_____
    Name:
    Title:

Doc ID: fadf4dbb21fbea2586bc770283cdc14737784881

IN WITNESS WHEREOF, the undersigned has executed these resolutions as of this <u>08 / 23 / 2023</u>

day of August, 2023.


SALUDA GRADE ALTERNATIVE LENDING &
FINTECH GROWTH FUND I, LP

By: _____
     Name:
     Title:


UPSIDE PARTNERSHIP

By:_____
     Name:
     Title:


RESOLUTE III, LP

By: *Mike Hirshland*
     Name: Michael Hirshand
     Title: Managing Director

Doc ID: 6c63faa9a7e8e4c37ec263605c2e457a1b44ddab

**Fill in this information to identify the case:**

Debtor name  **AlphaFlow Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

■  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

■  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

■  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

■  *Schedule H: Codebtors (Official Form 206H)*

■  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

■  Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/08/2023     x _Ray Sturm (signature)_
Signature of individual signing on behalf of debtor

**Ray Sturm**
Printed name

**CEO**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **AlphaFlow Inc.**

_____
Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **8,500.00** |
| Prior to the filing of this statement I have received | $ | **8,500.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **The retainer was paid partially by the Debtor ($4,383.80) and partially by the Debtor's CEO, Ray Sturm ($4,116.20)**

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]
       **Preparing all necessary pleadings to file chapter 7 petition for Debtor and attendance at the 341 Meeting of Creditors.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/8/2023
_____
Date

_____
Signature of Attorney
**Frederick B. Rosner 3995**
_Signature of Attorney_
**The Rosner Law Group LLC**
**824 N. Market Street**
**Suite 810**
**Wilmington, DE 19801**
**(302) 777-1111**
**rosner@teamrosner.com**
_Name of law firm_

**Fill in this information to identify the case:**

Debtor name **AlphaFlow Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................... $      0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................... $      2,094,855.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................... $      2,094,855.00

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      1,317,759.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      587,340.00

4. **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b

$      1,905,099.00

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **AlphaFlow Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number *(if known)*

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Republic Bank** | **Deposit** | **7386** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **NA** | $0.00 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $0.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **NA** | $0.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor     **AlphaFlow Inc.**
Name

Case number *(If known)* _____

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **The Rosner Law Group LLC** | **$8,500.00** |

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | **$8,500.00** |
| | Add lines 7 through 8. Copy the total to line 81. | |

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | **814,813.92** | - | **814,813.92** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | **$0.00** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **NA** | **$0.00** | | **$0.00** |
| 40. **Office fixtures** | | | |

Debtor    **AlphaFlow Inc.**
Name

Case number *(If known)* _____

| **NA** | $0.00 | | $0.00 |
|---|---|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | Office and computer equipment | $12,000.00 | Liquidation | $12,000.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|---|---|---|---|---|
| 42.1. | **NA** | $0.00 | | $0.00 |

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| $12,000.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trademark: AlphaFlow (86633066) | $0.00 | | $0.00 |
| 61. **Internet domain names and websites** www.alphaflow.com | $7,780.00 | Appraisal | $7,780.00 |
| 62. **Licenses, franchises, and royalties** | | | |

Debtor   **AlphaFlow Inc.**                                    Case number *(If known)* _____
         <sub>Name</sub>

|  |  |  |  |
|---|---|---|---|
| **NA** | $0.00 |  | $0.00 |

| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer Lists** | $50,000.00 | Replacement | $50,000.00 |
|---|---|---|---|---|
| 64. | **Other intangibles, or intellectual property**<br>**Proprietary Software Platforms** | $2,016,575.00 | Recent cost | $2,016,575.00 |
| 65. | **Goodwill**<br>**NA** | $0.00 |  | $0.00 |

| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | $2,074,355.00 |
|---|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☐ No
   ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

<div style="background:black;color:white">Part 11:</div>   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor   **AlphaFlow Inc.**                                     Case number *(If known)* _____
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,074,355.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,094,855.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,094,855.00 |

Fill in this information to identify the case:

Debtor name **AlphaFlow Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** | **ACM Alamosa DA LLC**
Creditor's Name

**c/o Porter Hedges LLP
Attn: R. Blake Runions Esq.
1000 Main St., 36th Floor
Houston, TX 77002**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
NA**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Loan**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

$508,064.00 | $0.00

---

**2.2** | **Loan Trust, LLC**
Creditor's Name

**45 N Station Plaza
#400
Great Neck, NY 11021**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
9/30/2022**
**Last 4 digits of account number
NA**

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**secured loan**

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$275,000.00 | $0.00

Debtor    **AlphaFlow Inc.**                                                   Case number (if known) _____
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| �’ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | $534,695.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 3918
Portland, OR 97208**

**All assets**

Creditor's mailing address

**Describe the lien**

**secured loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

�’ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

**2021**

☐ No
☐’ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7904**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐’ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,317,759.00 |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>AlphaFlow Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**ADP Totalsource**<br>**111 W Rio Salado Pkwy**<br>**Tempe, AZ 85281**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number **NA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$187,800.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Amazon Web Services**<br>**410 Terry Avenue North**<br>**Seattle, WA 98109**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number **NA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services Purchased**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **Unknown** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Bruno Quadros**<br>**Travessa Jundiai 2326**<br>**Higienopolis 90520-2700**<br>**BRAZIL**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number **NA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services Purchased**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$8,629.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Codeminer 42 America LLC**<br>**2330 Ponce De Leon Blvd**<br>**Miami, FL 33134**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number **NA** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services Purchased**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$66,720.00** |

Debtor  **AlphaFlow Inc.**                                              Case number (*if known*) _____
      Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,520.00 |

**CrunchLoop**
**Jamaica 2144**
**11500 Montevideo**
**Departamento de Montevideo**
**URUGUAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Services Purchased**

Last 4 digits of account number **NA**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,040.00 |

**Daniel O'Sullivan**
**2161 Molino Bridge Rd**
**Milton, FL 32571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Services Purchased**

Last 4 digits of account number **NA**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,000.00 |

**Davis Polk & Wardwell LLP**
**1600 El Camino Real**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Services Purchased**

Last 4 digits of account number **NA**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,000.00 |

**Gingo Palumbo Law Group LLC**
**4700 Rockside Road**
**Suite 440**
**Independence, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Services Purchased**

Last 4 digits of account number **NA**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,087.00 |

**Global Strategic Business Process**
**Solutions, Inc (GSS)**
**508 S Lexington Ave**
**Burlington, NC 27215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Services Purchased**

Last 4 digits of account number **NA**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,697.00 |

**Google**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Services Purchased**

Last 4 digits of account number **1594**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,787.00 |

**JLMERB Business Consultancy Services**

**105-A Matimtiman St.**
**Brgy. Sikatuna Village**
**PHILIPPINES**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Services Purchased**

Last 4 digits of account number **NA**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **AlphaFlow Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.12 | Nonpriority creditor's name and mailing address |

**Larocca Hornik Rosen & Greenberg, LLP**

**475 CR 520**
**Marlboro, NJ 07746**

Date(s) debt was incurred **2022**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$9,000.00**

---

| | |
|---|---|
| 3.13 | Nonpriority creditor's name and mailing address |

**Laskie, Inc.**
**2261 Market Street**
**Suite 4108**
**San Francisco, CA 94114**

Date(s) debt was incurred **2022**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$40,880.00**

---

| | |
|---|---|
| 3.14 | Nonpriority creditor's name and mailing address |

**LexisNexis Risk Solutions FL Inc.**
**28330 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred **2022**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$4,909.00**

---

| | |
|---|---|
| 3.15 | Nonpriority creditor's name and mailing address |

**LinkedIn**
**Accounts Receivable Department**
**350 5th Ave**
**New York, NY 10118**

Date(s) debt was incurred **2022**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

| | |
|---|---|
| 3.16 | Nonpriority creditor's name and mailing address |

**McCabe, Weisberg & Conway, LLC**
**1 Huntington Quadrangle**
**Suite 4N25**
**Melville, NY 11747**

Date(s) debt was incurred **2022**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$6,470.00**

---

| | |
|---|---|
| 3.17 | Nonpriority creditor's name and mailing address |

**Meridian Asset Services, LLC**
**5065 Westheimer**
**Suite 700E**
**Houston, TX 77056**

Date(s) debt was incurred **2022**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$5,591.00**

---

| | |
|---|---|
| 3.18 | Nonpriority creditor's name and mailing address |

**Nathan Scharfe**
**708 Page Street**
**San Francisco, CA 94117**

Date(s) debt was incurred **2022**

Last 4 digits of account number **NA**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$4,750.00**

---

| Debtor | **AlphaFlow Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,460.00 |
|---|---|---|---|

**Pro Teck Services Ltd.**
**465 Waverley Oaks Rd**
**Suite 320**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** _Services Purchased_

Last 4 digits of account number **NA**

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**U.S. Bank**
**60 Livingston Avenue**
**Ste 800**
**Saint Paul, MN 55107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** _

Last 4 digits of account number **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 587,340.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 587,340.00 |

**Fill in this information to identify the case:**

Debtor name __**AlphaFlow Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **AlphaFlow Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Ray Sturm** | **1 World Trade Center**<br>**85th floor**<br>**New York, NY 10007** | **U.S. Small Business Administration** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **AlphaFlow Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other  **NA** | **$0.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$2,676,445.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$1,035,061.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

| Debtor | AlphaFlow Inc. | | Case number *(if known)* | |

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Ray Sturm**<br>**1 World Trade Center**<br>**85th Fl**<br>**New York, NY 10007**<br>**CEO** | **Monthly** | **$0.00** | **Expense Reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:** Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

Debtor    **AlphaFlow Inc.**                                      Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.    **The Rosner Law Group**<br>**824 N. Market Street**<br>**Suite 810**<br>**Wilmington, DE 19801** | | **Jul-23** | **$8,500.00** |
| Email or website address<br>**http://www.teamrosner.com/** | | | |
| Who made the payment, if not debtor?<br>**The retainer was paid partially by the debtor($4383.80) and partially by the Debtor's CEO, Ray Sturm($4116.20)** | | | |
| 11.2.    **Orrick, Herrington & Sutcliffe LLP**<br>**2121 Main Street**<br>**Wheeling, WV 26003** | | **Feb-23** | **$3,712.00** |
| Email or website address<br>**https://www.orrick.com/** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor    **AlphaFlow Inc.**                                           Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

<span style="background:black;color:white">**Part 7:**</span>  **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **564 Market Street Suite 450 San Francisco, CA 94104** | **2/18 - 10/20** |
| 14.2. | **2269 Chestnut Street Unit 267 San Francisco, CA 94123** | **1/20 - 3/23** |
| 14.3. | **3248 Broderick Street San Francisco, CA 94123** | **10/22 - 3/23** |

<span style="background:black;color:white">**Part 8:**</span>  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<span style="background:black;color:white">**Part 9:**</span>  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **The debtor's customer list includes names, addresses, phone numbers, email addresses, and in some cases, TINs. All TINs are stored under 128-bit encryption.**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

<span style="background:black;color:white">**Part 10:**</span>  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **AlphaFlow Inc.**                                                    Case number *(if known)* _____

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase**<br>**270 Park Avenue**<br>**New York, NY 10017** | **XXXX-6009** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/6/2023** | **$124.00** |
| 18.2. | **Silicon Valley Bank**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054** | **XXXX-8137** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/14/2023** | **$0.00** |
| 18.3. | **Silicon Valley Bank**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054** | **XXXX-3511** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/8/2022** | **$0.00** |
| 18.4. | **Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **XXXX-5450** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/31/2022** | **$0.00** |
| 18.5. | **Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **XXXX-5796** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/31/2022** | **$0.00** |
| 18.6. | **Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **XXXX-5804** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/31/2022** | **$0.00** |
| 18.7. | **Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **XXXX-9418** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/31/2022** | **$0.00** |

Debtor    **AlphaFlow Inc.**                                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.8. | **Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **XXXX-4943** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **10/31/2022** | **$0.00** |
| 18.9. | **Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **XXXX-4950** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **10/31/2022** | **$0.00** |
| 18.10. | **Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **XXXX-4968** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **10/31/2022** | **$0.00** |
| 18.11. | **Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **XXXX-4976** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **10/31/2022** | **$0.00** |
| 18.12. | **Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | **XXXX-7033** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **10/31/2022** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Empire Mini Storage**<br>**425 Bel Marin Keys Blvd**<br>**Unit 301**<br>**Novato, CA 94949** | **NA** | **Various low-value company items such as t-shirts, mugs, and conference booth banners and equipment** | ■ No<br>☐ Yes |

Debtor    **AlphaFlow Inc.**                                              Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Sharestates Office<br>45 N Station Plaza<br>Suite 400<br>Great Neck, NY 11021** | **Amy Doshi<br>Same address** | **Laptops and various low-value company items such as t-shirts, mugs, and conference booth banners and equipment** | ☐ No<br>■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor **AlphaFlow Inc.**                                     Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **AlphaFlow Advisor, LLC<br>2269 Chestnut Street #267<br>San Francisco, CA 94123** | **Manager of retail client loan portfolios** | EIN: **81-1287509**<br><br>From-To **2/16/17 - Present** |
| 25.2. **AlphaFlow Diversification Fund 2 LP<br>564 Market St. Suite 450<br>San Francisco, CA 94104** | **Investment in loan portfolio.** | EIN: **81-2826121**<br><br>From-To **6/3/2016 - Present** |
| 25.3. **AlphaFlow Diversification Fund 3 LP<br>564 Market St. Suite 450<br>San Francisco, CA 94104** | **Investment in loan portfolio.** | EIN: **81-3635223**<br><br>From-To **8/23/2016 - Present** |
| 25.4. **AlphaFlow Fund 1, LP<br>564 Market St. Suite 450<br>San Francisco, CA 94104** | **Investment in loan portfolio.** | EIN: **81-1287999**<br><br>From-To **2/4/2016 - Present** |
| 25.5. **AlphaFlow Holdings II, LLC<br>564 Market St. Suite 450<br>San Francisco, CA 94104** | **Provider of loan portfolios for individuals.** | EIN: **85-1062184**<br><br>From-To **5/14/2020 - Present** |
| 25.6. **AlphaFlow Holdings, LLC<br>564 Market St. Suite 450<br>San Francisco, CA 94104** | **Provider of loan portfolios for individuals.** | EIN: **37-1850173**<br><br>From-To **2/16/17 - Present** |
| 25.7. **AlphaFlow WH, LLC<br>564 Market St. Suite 450<br>San Francisco, CA 94104** | **Entity used to buy loans from originators and later sell to investors.** | EIN: **83-2251745**<br><br>From-To **October 2018 - Present** |

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Noah Martin<br>318 Xavier Way<br>Mountain View, CA 94043** | **09/07/21-10/01/22** |
| 26a.2. **Robert Groody<br>14 78th Street<br>Sea Isle City, NJ 08243** | **07/12/22-07/26/22** |
| 26a.3. **Matthew Ferguson<br>4325 Selkirk Dr W<br>Fort Worth, TX 76109** | **08/01/22-10/01/22** |
| 26a.4. **Darryl Chu<br>129 Duane Street, Apt 3T<br>New York, NY 10013** | **10/19/20-04/15/22** |
| 26a.5. **David Pattillo<br>4818 Wateka Dr<br>Dallas, TX 75209** | **02/16/22-06/24/22** |

| Debtor | AlphaFlow Inc. | Case number *(if known)* |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.6. | **Rodrick Smith**<br>**9914 Lynette Falls Dr**<br>**Houston, TX 77095** | **03/21/22-10/31/22** |
| 26a.7. | **Franklin Ezetendu**<br>**909 Leonard Ln**<br>**Allen, TX 75013** | **03/21/22-06/24/22** |
| 26a.8. | **Ashly Harrison**<br>**8617 Spicewood Springs Road**<br>**Apt 380**<br>**Austin, TX 78759** | **04/04/22-10/10/22** |
| 26a.9. | **Esveidi Velasco**<br>**755 Mulberry Ct**<br>**Red Oak, TX 75154** | **04/25/22-04/26/22** |
| 26a.10. | **Vanessa Gittens**<br>**8247 Canning Ter**<br>**Greenbelt, MD 20770** | **08/29/22-10/15/22** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Alice Cheng**<br>**228 Park Ave S**<br>**Suite 70037**<br>**New York, NY 10003** | **08/20 - 08/22** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Ray Sturm**<br>**1 World Trade Center**<br>**85th Fl**<br>**New York, NY 10007** | **2022 books incomplete as company ceased operations unexpectedly.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **New York Mortgage Trust**<br>**90 Park Avenue**<br>**Floor 23**<br>**New York, NY 10016** |
| 26d.2. | **Republic**<br>**149 5th Avenue**<br>**Suite 2001**<br>**New York, NY 10010** |

Debtor  **AlphaFlow Inc.**                                         Case number *(if known)* _____

| Name and address | |
|---|---|
| 26d.3. | **Saluda Grade**<br>**5 Bryant Park**<br>**Floor 23**<br>**New York, NY 10018** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ray Sturm | 1 World Trade Center<br>85th Fl<br>New York, NY 10007 | CEO, board member | 18.86% - common stock |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Noah Martin | 318 Xavier Way<br>Mountain View, CA 94043 | President | Until 9/30/22 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ryan Craft | Saluda Grade<br>5 Bryant Park<br>Floor 23<br>New York, NY 10018 | Board Member | Until 10/15/22 |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Ray Sturm**<br>**1 World Trade Center**<br>**85th Fl**<br>**New York, NY 10007** | $200,000 annual salary based on semi-monthly payroll | Through 10/31/22 | Ordinary Salary |
| | **Relationship to debtor**<br>**CEO** | | | |

Debtor  **AlphaFlow Inc.**                                         Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 **Noah Martin**<br>. **318 Xavier Way**<br>**Mountain View, CA 94043** | **$350,000 annual salary based on semi-monthly payroll** | **Through 9/30/22** | **Ordinary Salary** |
| **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                         **Employer Identification number of the pension fund**

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09 / 08 / 2022

_____            **Ray Sturm**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of Delaware

In re   **AlphaFlow Inc.**

_____

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Chief Executive Officer for   **AlphaFlow Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

- Saluda Grade Alternative Lending & Fintech Growth Fund I LP - 16.59%
- Resolute III, LP - 11.02%

Date   09/08/2023

**Ray Sturm**
**Chief Executive Officer**